■ STATE DIVISION OF HUMAN RIGHTS, on the Complaint of ROSENBLATT-ROTH, Petitioner, v STATE UNIVERSITY OF NEW YORK AT BUFFALO et al., Respondents. — Order of appeal board unanimously reversed, without costs, and

matter remitted to appeal board for determination on the merits (see *Matter of Sarkisian Bros. v State Div. of Human Rights,* 48 NY2d 816). (Proceeding pursuant to Executive Law, § 298.) Present — Cardamone, J. P., Simons, Hancock, Jr., Callahan and Moule, JJ.